**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Multitrade Rabun Gap, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **74-3225552** |

4.  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1585 Yorkhouse Road**<br>**Rabun Gap, GA 30568**<br>Number, Street, City, State & ZIP Code | **24 Waterway Avenue, Suite 400**<br>**Spring, TX 77380**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Rabun**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)  _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Multitrade Rabun Gap, LLC**                    Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **Multitrade Rabun Gap, LLC**    Case number (*if known*) _____

Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When | _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

■ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    **1585 Yorkhouse Road**
**Rabun Gap, GA, 30568-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

▮ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Multitrade Rabun Gap, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☑ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Multitrade Rabun Gap, LLC**
Name                                                                Case number (*if known*) _____

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  1, 2024**
                MM / DD / YYYY

**X** **/s/ Scott Harlan**                                    **Scott Harlan**
Signature of authorized representative of debtor              Printed name

Title    **Authorized Signatory**

**18. Signature of attorney**

**X** **/s/ John D. Elrod**                          Date    **May  1, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**John D. Elrod**
Printed name

**Greenberg Traurig, LLP**
Firm name

**3333 Piedmont Road**
**Suite 2500**
**Atlanta, GA 30305**
Number, Street, City, State & ZIP Code

Contact phone    **678-553-2259**      Email address    **ElrodJ@gtlaw.com**

**246604 GA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Multitrade Rabun Gap, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  1, 2024**            X **/s/ Scott Harlan**
                                          Signature of individual signing on behalf of debtor

                                          **Scott Harlan**
                                          Printed name

                                          **Authorized Signatory**
                                          Position or relationship to debtor

5/01/24  9:47AM

**Fill in this information to identify the case:**

Debtor name     **Multitrade Rabun Gap, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................ $     **154,368.94**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................... $     **8,430,319.69**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................ $     **8,584,688.63**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **18,300,148.26**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$     **810,110.71**

4.  Total liabilities .............................................................................................
    Lines 2 + 3a + 3b

$     **19,110,258.97**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Multitrade Rabun Gap, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | **$0.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Truist** | **Checking** | **6835** | **$2,369,588.43** |
| 3.2.  **Truist** | **Escrow** | **5828** | **$46,000.26** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | **$2,415,588.69** |

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1.  **Toccoa Natural Gas** | **$500.00** |
|---|---|

Debtor **Multitrade Rabun Gap, LLC**
Name

Case number *(If known)* _____

| | | |
|---|---|---|
| 7.2. | Phone - Windstream | $360.00 |

| | | |
|---|---|---|
| 7.3. | IHI Power-P-Card | $15,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81. — $15,860.00

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:     0.00     -     0.00     = ....     **Unknown**
    face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82. — $0.00

**Part 4:  Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **Miscellaneous Parts** | | $208,950.00 | | $208,950.00 |

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84. — $208,950.00

| Debtor | **Multitrade Rabun Gap, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**24.**    **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.   Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** <br> Office Equipment-CHAIR - OFFICE DEPOT | $0.00 | | Unknown |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office Equipment-Eaton 9PX UPS | $0.00 | | Unknown |
| Office Equipment-Dell Computer | $0.00 | | Unknown |
| Office Equipment-Dell Computer Speed | $0.00 | | Unknown |
| Office Equipment-Dell Computer Scoggins | $0.00 | | Unknown |
| Office Equipment-TAGOUT SOFTWARE | $0.00 | | Unknown |
| Office Equipment-TAGOUT SOFTWARE PRINTER KIT | $0.00 | | Unknown |
| Office Equipment-COMPUTER - TAMMY | $0.00 | | Unknown |
| Office Equipment-Server | $0.00 | | Unknown |

| Debtor | **Multitrade Rabun Gap, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2022 Ford Engine** | $5,896.00 | | $5,896.00 |
| 47.2.   **1999 Mazda SE V6**<br>**VIN#4F4YR16X4YTMO9980** | $0.00 | | Unknown |
| 47.3.   **2003 Ford F150**<br>**VIN#1FTRF07233KD43634** | $0.00 | | Unknown |
| 47.4.   **2010 Ford F150**<br>**VIN#1FTEX1E85AFB29016** | $0.00 | | Unknown |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Machinery and Equipment** | $1,480,000.00 | | $1,480,000.00 |
|    **Mobile Equipment-FORKLIFT - FROM TELOGIA** | $0.00 | | Unknown |
|    **Mobile Equipment-FIRE SYSTEM INSTALL ON LOADER** | $0.00 | | Unknown |

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 4

Debtor  **Multitrade Rabun Gap, LLC**
        Name

Case number *(if known)*

| | | |
|---|---|---|
| **Mobile Equipment-JD 624K BUCKET #1522** | $0.00 | Unknown |
| **Mobile Equipment-2016 VOLVO L90H LOADER SN#623495** | $0.00 | Unknown |
| **Mobile Equipment-2021 VOLVO LOADER MODEL L90H SN# 626019** | $86,320.00 | $86,320.00 |
| **Mobile Equipment-Engine for Loader #3495** | $2,200.00 | $2,200.00 |
| **Mobile Equipment-Transmission for Loader #3495** | $10,362.00 | $10,362.00 |
| **Steam Turbine Major** | $605,190.00 | $605,190.00 |
| **Enhanced Reliability Project-ERU PROJECT** | $495,400.00 | $495,400.00 |
| **ERU ADDITIONAL COSTS** | $23,630.00 | $23,630.00 |
| **SUPERHEATER-PHASE I ENG STUDY** | $0.00 | Unknown |
| **SUPERHEATER UPGRADE** | $337,110.00 | $337,110.00 |
| **Superheater-2016** | $2,133,000.00 | $2,133,000.00 |
| **DCS UPGRADE - EPM POWER & WATER SOLUTIONS** | $146,560.00 | $146,560.00 |
| **DCS UPGRADE - EPM EQUIP AND LABOR FINAL** | $175,850.00 | $175,850.00 |
| **CHEM LAB EQUIPMENT-PORTABLE SPECTROPHOTOMETER** | $0.00 | Unknown |
| **CHEM LAB EQUIPMENT** | $0.00 | Unknown |
| **Underpile Drag Reclaimer** | $19,160.00 | $19,160.00 |
| **ESP Transformer Replacement** | $95,146.00 | $95,146.00 |
| **CO Catalyst** | $66,497.00 | $66,497.00 |
| **Generating Bank Retubing** | $13,590.00 | $13,590.00 |

Debtor    **Multitrade Rabun Gap, LLC**                                    Case number *(If known)* _____
Name

| | | |
|---|---|---|
| **CEMS UPGRADE - HARDWARE** | $1,100.00 | $1,100.00 |
| **CEMS UPGRADE - WEBDAS2K SOFTWARE** | $2,370.00 | $2,370.00 |
| **Closed Circuit Camera** | $0.00 | Unknown |
| **Air Compressor** | $29,510.00 | $29,510.00 |
| **Fire Protection Alarms** | $12,560.00 | $12,560.00 |
| **Plant Email Domain** | $1,690.00 | $1,690.00 |
| **Critical Spare Parts** | $17,630.00 | $17,630.00 |
| **Online Moisture Analyzer** | $0.00 | Unknown |
| **ASH HOPPER (NOT IN SERVICE AS OF 12-31-18)** | $22,730.00 | $22,730.00 |
| **Ash Hopper** | $2,360.00 | $2,360.00 |

51.    **Total of Part 8.**                                                                    | $5,785,861.00 |
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| **LAND** | | $8,380.00 | | $8,380.00 |

| Debtor | **Multitrade Rabun Gap, LLC** | Case number *(If known)* | |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.2. | **LAND - ENVIRONMENTAL** | | $4,790.00 | $4,790.00 |
| 55.3. | **LAND - SURVEY** | | $375.00 | $375.00 |
| 55.4. | **FENCE** | | $5,810.00 | $5,810.00 |
| 55.5. | **FENCE** | | $3,070.00 | $3,070.00 |
| 55.6. | **PAVING** | | $12,640.00 | $12,640.00 |
| 55.7. | **RELOCATE TRANSMISSION LINES** | | $971.58 | $971.58 |
| 55.8. | **DOZIER WORK ON WOOD PILES** | | $546.85 | $546.85 |
| 55.9. | **GRAVEL DRAIN SYSTEM** | | $273.00 | $273.00 |
| 55.10. | **REPLACE FENCE SECTION** | | $422.51 | $422.51 |
| 55.11. | **Buildings & Improvements-ELECTRICAL UPGRADE** | | $3,790.00 | $3,790.00 |
| 55.12. | **Buildings & Improvements-BUILDING** | | $4,030.00 | $4,030.00 |
| 55.13. | **Buildings & Improvements-ROOF REPLACMENT BOILER/WOOD STORAGE BLDGS** | | $12,540.00 | $12,540.00 |

Debtor  **Multitrade Rabun Gap, LLC**                    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 55.14. | **Buildings & Improvements-MAJOR REPAIRS-WOOD FUEL BLDG-WPDC** | | $48,580.00 | $48,580.00 |
| 55.15. | **Buildings & Improvements-MAJOR REPAIRS-BOILER BLD-CONSOLIDATED FIRE** | | $24,020.00 | $24,020.00 |
| 55.16. | **Buildings & Improvements-5 TON A/C UNIT** | | $0.00 | $0.00 |
| 55.17. | **Buildings & Improvements-Insulation** | | $20,990.00 | $20,990.00 |
| 55.18. | **Buildings & Improvements-Control Room HVAC** | | $3,140.00 | $3,140.00 |

56.   **Total of Part 9.**                                              $154,368.94
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☐ No
      ☑ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No.  Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** Goodwill | $4,060.00 | | $4,060.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page  8

Debtor    **Multitrade Rabun Gap, LLC**                          Case number *(If known)* _____
                Name

66.    **Total of Part 10.**                                                          | $4,060.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Multitrade Rabun Gap, LLC**                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$2,415,588.69** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$15,860.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$208,950.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$5,785,861.00** | |
| 88. **Real property.** *Copy line 56, Part 9.* .........................................................> | | **$154,368.94** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$4,060.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$8,430,319.69** | + 91b. **$154,368.94** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$8,584,688.63** |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 10

**Fill in this information to identify the case:**

Debtor name  **Multitrade Rabun Gap, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **USA acting by and through** Creditor's Name **Administrator of the RUS 1400 Independence Avenue, SW Washington, DC 20250-1500** Creditor's mailing address | Describe debtor's property that is subject to a lien **All Assets** | **$18,267,148.26** | **$0.00** |

Describe the lien
**Mortgage and Security Interest in all Debtor Assets**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**06/17/2015**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Volvo Financial Services** Creditor's Name **7025 Albert Pick Road Suire 102 Greensboro, NC 27409** Creditor's mailing address | Describe debtor's property that is subject to a lien **Specified Equipment** | $33,000.00 | $0.00 |
|---|---|---|---|---|

Describe the lien
**UCC Financing Statement**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**11/02/2021**
Last 4 digits of account number

Debtor **Multitrade Rabun Gap, LLC**

Name

Case number (if known) _____

**9283**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $18,300,148.26 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name __**Multitrade Rabun Gap, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315.93 |
|---|---|---|---|
| | **AIRGAS USA, LLC**<br>**PO BOX 734672**<br>**DALLAS, TX 75373-4672** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __02/28/24__ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __9973__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189.08 |
|---|---|---|---|
| | **ALAN JAMES GEORGIA, LLC**<br>**1230 PEACHTREE ST. NE STE 3400**<br>**ATLANTA, GA 30309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __02/26/2024__ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __TEXP__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,020.00 |
|---|---|---|---|
| | **AMY'S GREEN CLEANING SERVICE, INC.**<br>**PO BOX 331**<br>**SAUTEE NACOOCHEE, GA 30571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __02/23/24__ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __4915__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,263.64 |
|---|---|---|---|
| | **APPLIED INDUSTRIAL TECHNOLOGIES**<br>**22510 NETWORK PLACE**<br>**CHICAGO, IL 60673-1225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __02/21/2024__ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __7646__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Multitrade Rabun Gap, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,263.64**

**APPLIED INDUSTRIAL TECHNOLOGIES**
**22510 NETWORK PLACE**
**CHICAGO, IL 60673-1225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/21/2024

Basis for the claim:  Trade Debt

Last 4 digits of account number  2853

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$607.50**

**APS**
**PO BOX 31001-2434**
**PASADENA, CA 91110-2434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/27/2024

Basis for the claim:  Trade Debt

Last 4 digits of account number  1748

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$258.17**

**ARAMARK**
**PO BOX 731676**
**DALLAS, TX 75373-1676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/20/2023

Basis for the claim:  Trade Debt

Last 4 digits of account number  5207

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$268.51**

**ARAMARK**
**PO BOX 731676**
**DALLAS, TX 75373-1676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/22/2024

Basis for the claim:  Trade Debt

Last 4 digits of account number  4516

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242.42**

**ARAMARK**
**PO BOX 731676**
**DALLAS, TX 75373-1676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/26/2024

Basis for the claim:  Trade Debt

Last 4 digits of account number  0346

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242.42**

**ARAMARK**
**PO BOX 731676**
**DALLAS, TX 75373-1676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/04/2024

Basis for the claim:  Trade Debt

Last 4 digits of account number  3552

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,700.00**

**ASCENDUM MACHINERY, INC**
**PO BOX 534366**
**ATLANTA, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/28/2023

Basis for the claim:  Trade Debt

Last 4 digits of account number  6211

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Multitrade Rabun Gap, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,871.35**

**ASCENDUM MACHINERY, INC**
**PO BOX 534366**
**ATLANTA, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  01/05/2024**

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number  1872**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,950.00**

**ASCENDUM MACHINERY, INC**
**PO BOX 534366**
**ATLANTA, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  01/09/2024**

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number  6212**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,175.19**

**ASCENDUM MACHINERY, INC**
**PO BOX 534366**
**ATLANTA, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03/01/2024**

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number  6851**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,560.00**

**BTG CONTROL SERVICES INC.**
**P.O. BOX 600234**
**JACKSONVILLE, FL 32260-0234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03/02/2024**

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number  4033**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$754.98**

**Chem Aqua Inc.**
**23261 Network Place**
**Chicago, IL 60673-1232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03/04/2024**

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number  9496**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,133.33**

**Chem Aqua Inc.**
**23261 Network Place**
**Chicago, IL 60673-1232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03/04/2024**

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number  9589**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$168.19**

**CITY PLUMBING & ELECTRIC SUPPLY CO.**
**730 E.E. BUTLER PARKWAY**
**GAINESVILLE, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03/07/2024**

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number  9957**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Multitrade Rabun Gap, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,380.41**

**Dan Tobias & Associates, Inc.**
**928 Hornblend Street, #1**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/10/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **2024**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,750.00**

**DYC CONSULTANTS, LLC**
**10216 MILKY WAY DRIVE**
**AUSTIN, TX 78730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/29/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **751**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,750.00**

**DYC CONSULTANTS, LLC**
**10216 MILKY WAY DRIVE**
**AUSTIN, TX 78730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **761**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,315.00**

**Environmental Technical Servic**
**494 Toonigh Road**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/01/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **2230**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$910.05**

**FASTENAL COMPANY**
**P. O. BOX 1286**
**WINONA, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/20/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **7525**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$549.16**

**FASTENAL COMPANY**
**P. O. BOX 1286**
**WINONA, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/23/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **7565**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$212.34**

**FASTENAL COMPANY**
**P. O. BOX 1286**
**WINONA, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/23/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **7574**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Multitrade Rabun Gap, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address

**FASTENAL COMPANY**
P. O. BOX 1286
WINONA, MN 55987

Date(s) debt was incurred  02/26/21024

Last 4 digits of account number  7585

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,016.06**

---

**3.27** | Nonpriority creditor's name and mailing address

**FASTENAL COMPANY**
P. O. BOX 1286
WINONA, MN 55987

Date(s) debt was incurred  02/29/2024

Last 4 digits of account number  7615

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$296.77**

---

**3.28** | Nonpriority creditor's name and mailing address

**FASTENAL COMPANY**
P. O. BOX 1286
WINONA, MN 55987

Date(s) debt was incurred  03/05/2024

Last 4 digits of account number  7677

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$289.43**

---

**3.29** | Nonpriority creditor's name and mailing address

**FASTENAL COMPANY**
P. O. BOX 1286
WINONA, MN 55987

Date(s) debt was incurred  03/08/2024

Last 4 digits of account number  7715

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$332.69**

---

**3.30** | Nonpriority creditor's name and mailing address

**FASTENAL COMPANY**
P. O. BOX 1286
WINONA, MN 55987

Date(s) debt was incurred  03/08/2024

Last 4 digits of account number  7752

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$474.68**

---

**3.31** | Nonpriority creditor's name and mailing address

**First Environmental Nationwide**
1266 SIXTH STREET
MACON, GA 31206

Date(s) debt was incurred  _

Last 4 digits of account number  446Z

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$30,154.80**

---

**3.32** | Nonpriority creditor's name and mailing address

**GEORGIA POWER**
96 ANNEX
ATLANTA, GA 30396-0001

Date(s) debt was incurred  _

Last 4 digits of account number  2124

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$318.11**

---

| Debtor | **Multitrade Rabun Gap, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,759.04**

**GEORGIA POWER**
**96 ANNEX**
**ATLANTA, GA 30396-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/056/2024

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **EB24**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$578.97**

**GEORGIA POWER**
**96 ANNEX**
**ATLANTA, GA 30396-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/05/2024

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2124**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$293.51**

**GEORGIA POWER**
**96 ANNEX**
**ATLANTA, GA 30396-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/15/2024

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2124**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$544.41**

**GEORGIA POWER**
**96 ANNEX**
**ATLANTA, GA 30396-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/15/2024

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2424**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,004.04**

**GEORGIA TRANSMISSION CORP.**
**2100 EAST EXCHANGE PLACE**
**P O. BOX 2088**
**TUCKER, GA 30085-2088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0293**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,994.62**

**GEORGIA TRANSMISSION CORP.**
**2100 EAST EXCHANGE PLACE**
**P O. BOX 2088**
**TUCKER, GA 30085-2088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/28/2024

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0347**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,754.21**

**GEORGIA TRANSMISSION CORP.**
**2100 EAST EXCHANGE PLACE**
**P O. BOX 2088**
**TUCKER, GA 30085-2088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/10/24

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0404**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Multitrade Rabun Gap, LLC**

Name

Case number (if known)

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,150.58** |
|---|---|---|---|

**GEORGIA TRANSMISSION CORP.**
**2100 EAST EXCHANGE PLACE**
**P O. BOX 2088**
**TUCKER, GA 30085-2088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  04/22/24**

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number  0185**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,087.10** |
|---|---|---|---|

**Georgia Windstream, LLC**
**P. O. Box 9001908**
**Louisville, KY 40290-1908**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03/31/2024**

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number  5903**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$123.95** |
|---|---|---|---|

**Habersham Electric Membership**
**P. O. Box 530812**
**SEDC**
**Atlanta, GA 30352-0812**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  02/23/2024**

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number  1524**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$206,525.26** |
|---|---|---|---|

**IHI Power Services Corp**
**85 Enterprise, Suite 400**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number  2432**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,819.00** |
|---|---|---|---|

**IHI Power Services Corp**
**85 Enterprise, Suite 400**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  02/09/2024**

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number  7397**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$104,904.00** |
|---|---|---|---|

**IHI Power Services Corp**
**85 Enterprise, Suite 400**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  02/19/2024**

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number  2483**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,819.28** |
|---|---|---|---|

**IHI Power Services Corp**
**85 Enterprise, Suite 400**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  02/01/2024**

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number  7599**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Multitrade Rabun Gap, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$229,865.14** |
|------|--------------------------------------------------|------------------------------------------------------------------|-----------------|

**IHI Power Services Corp**
**85 Enterprise, Suite 400**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred **03/05/2024**

Last 4 digits of account number **7424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$480.00** |
|------|--------------------------------------------------|------------------------------------------------------------------|-------------|

**IHI Power Services Corp**
**85 Enterprise, Suite 400**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred **02/26/2024**

Last 4 digits of account number **3474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$480.00** |
|------|--------------------------------------------------|------------------------------------------------------------------|-------------|

**Kevin Gragg**
**532 Willis Drive**
**Tiger, GA 30576**

Date(s) debt was incurred **02/26/2024**

Last 4 digits of account number **3474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$650.00** |
|------|--------------------------------------------------|------------------------------------------------------------------|-------------|

**MICROBAC**

Date(s) debt was incurred **03/07/2024**

Last 4 digits of account number **2586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,067.31** |
|------|--------------------------------------------------|------------------------------------------------------------------|-----------------|

**NAES CORPORATION**
**PO BOX 94274**
**SEATTLE, WA 98124-6574**

Date(s) debt was incurred **02/14/2024**

Last 4 digits of account number **6225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71.01** |
|------|--------------------------------------------------|------------------------------------------------------------------|-------------|

**NAPA OF CLAYTON**
**70 RICKMAN ST**
**CLAYTON, GA 30525**

Date(s) debt was incurred **02/23/2024**

Last 4 digits of account number **1903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47.34** |
|------|--------------------------------------------------|------------------------------------------------------------------|-------------|

**NAPA OF CLAYTON**
**70 RICKMAN ST**
**CLAYTON, GA 30525**

Date(s) debt was incurred **02/26/2024**

Last 4 digits of account number **3402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Multitrade Rabun Gap, LLC**
Name

Case number (if known) _____

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.48 |
|---|---|---|---|

**NAPA OF CLAYTON**
**70 RICKMAN ST**
**CLAYTON, GA 30525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/05/2024**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **8933**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.36 |
|---|---|---|---|

**NAPA OF CLAYTON**
**70 RICKMAN ST**
**CLAYTON, GA 30525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2024**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0158**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.05 |
|---|---|---|---|

**OH SO GOOD WATER INC**
**PO BOX 334**
**CLERMONT, GA 30527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **5874**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.35 |
|---|---|---|---|

**OH SO GOOD WATER INC**
**P O Box 334**
**Clermont, GA 30527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2024**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **6173**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.55 |
|---|---|---|---|

**Opportune LLP**
**711 Louisiana, Suite 3100**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/14/2024**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **7236**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.55 |
|---|---|---|---|

**Opportune LLP**
**711 Louisiana, Suite 3100**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/12/2024**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **7403**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.57 |
|---|---|---|---|

**PEAC SOLUTIONS**
**PO BOX 13604**
**PHILADELPHIA, PA 19101-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/27/2024**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0206**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Multitrade Rabun Gap, LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00** |

**PROARCH TECHNOLOGIES, INC**
**PO BOX 8000 DEPARTMENT 502**
**BUFFALO, NY 14267-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/08/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **0324**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,477.50** |

**Rabun County Water & Sewer**
**P.O. Box 191**
**CLAYTON, GA 30525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/01/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **2224**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$212.68** |

**Rabun County Water & Sewer**
**P.O. Box 191**
**CLAYTON, GA 30525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/01/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **2224**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,879.66** |

**Rabun County Water & Sewer**
**P.O. Box 191**
**CLAYTON, GA 30525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/01/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **2224**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$247.96** |

**REEVES HARDWARE - DILLARD**
**PO BOX 345**
**CLAYTON, GA 30525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/25/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **4Feb**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.37** |

**REEVES HARDWARE - DILLARD**
**P O Box 345**
**Clayton, GA 30525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **5Mar**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$641.14** |

**Rockland Capital, LP**
**24 Waterway Ave., Suite 400**
**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/01/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **7May**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Multitrade Rabun Gap, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.38 |
|---|---|---|
| **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **03/31/24** | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **3823** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $792.67 |
|---|---|---|
| **Sisson Dupont & Carder, Inc.**<br>**P. O. Box 965**<br>**Blue Ridge, GA 30513** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **02/02/2024** | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **37IN** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,594.48 |
|---|---|---|
| **Sisson Dupont & Carder, Inc.**<br>**P. O. Box 965**<br>**Blue Ridge, GA 30513** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **03/31/2024** | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **9Feb** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $643.75 |
|---|---|---|
| **SUNBELT RENTALS, INC.**<br>**P.O. BOX 409211**<br>**ATLANTA, GA 30384-9211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/21/2023** | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **0051** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,580.12 |
|---|---|---|
| **SUNBELT RENTALS, INC.**<br>**P.O. BOX 409211**<br>**ATLANTA, GA 30384-9211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **02/12/2024** | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **0001** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $643.75 |
|---|---|---|
| **SUNBELT RENTALS, INC.**<br>**P.O. BOX 409211**<br>**ATLANTA, GA 30384-9211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **02/15/2024** | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **0053** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,470.00 |
|---|---|---|
| **SUNBELT RENTALS, INC.**<br>**P.O. BOX 409211**<br>**ATLANTA, GA 30384-9211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **02/24/2024** | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **0001** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Multitrade Rabun Gap, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34.00** |
| --- | --- | --- |
| **SUNBELT RENTALS, INC.**<br>P O Box 409211<br>Atlanta, GA 30384-9211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **03/31/2024** | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **0002** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,387.71** |
| --- | --- | --- |
| **SUNBELT RENTALS, INC.**<br>P O Box 409211<br>Atlanta, GA 30384-9211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **02/23/2024** | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **0001** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$643.75** |
| --- | --- | --- |
| **SUNBELT RENTALS, INC.**<br>P O Box 409211<br>Atlanta, GA 30384-9211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **03/14/2024** | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **0054** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$687.38** |
| --- | --- | --- |
| **Toccoa Natural Gas**<br>P. O. Box 1010<br>Toccoa, GA 30577-1417 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **03/08/2024** | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **1229** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.79**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42.08** |
| --- | --- | --- |
| **Tri-County Machines, Inc.**<br>P. O. Box 611<br>Eastanollee, GA 30538 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **03/01/2024** | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **5178** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.80**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33.57** |
| --- | --- | --- |
| **UPS**<br>P.O. BOX  809488<br>CHICAGO, IL 60680-9488 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **02/17/2024** | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **0074** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.81**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49.71** |
| --- | --- | --- |
| **UPS**<br>P.O. BOX  809488<br>CHICAGO, IL 60680-9488 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **03/02/2024** | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **0094** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Multitrade Rabun Gap, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.69**

**UPS**
P.O. BOX  809488
CHICAGO, IL 60680-9488

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/23/2024

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  0104

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.98**

**UPS**
P.O. BOX  809488
CHICAGO, IL 60680-9488

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/23/2024

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  0124

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$201.41**

**Verizon Wireless**
P. O. Box 660108
Dallas, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/01/2024

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  6096

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,140.74**

**Volvo Financial Services**
P. O. Box 7247-0236
Philadelphia, PA 19170-0236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/17/2024

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  5384

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232.00**

**WASTE AWAY DISPOSAL, INC.**
527 WAYSIDE ST SOUTH
CORNELIA, GA 30531

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/01/2024

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  6035

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$592.80**

**WASTE AWAY DISPOSAL, INC.**
527 WAYSIDE ST SOUTH
CORNELIA, GA 30531

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/01/2024

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  6296

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$159.45**

**WASTE MANAGEMENT OF ATLANTA HA**
PO BOX 4648
CAROL STREAM, IL 60197-4648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/18/2024

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  4328

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Multitrade Rabun Gap, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.45 |
|---|---|---|---|

**WASTE MANAGEMENT OF ATLANTA
HAULING
PO BOX 4648
CAROL STREAM, IL 60197-4648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/17/2024

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number  4328

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 810,110.71 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 810,110.71 |

**Fill in this information to identify the case:**

Debtor name    **Multitrade Rabun Gap, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Amended And Restated Power Purchase Agreement ("PPA"), September 11, 2008 Term: 20 year initial term with two five-year automatic extensions** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Coweta-Fayette Electric Membership Corp 807 Collinsworth Road Palmetto, GA 30268-9442** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest    **Amendment No. 1 to Lease Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Development Authority of Rabun County 30 Ivan Allen Jr. Boulevard, Suite 900 Atlanta, GA 30308** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest    **Consulting Services Agreement dated March 13, 2019** <br><br> State the term remaining    **Term: Evergreen until terminated** <br><br> List the contract number of any government contract | **DYC Consultants LLC 7104 Barefoot Cove Austin, TX 78730** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest    **Interconnection and Operation and Maintenance Agreement dated August 19, 2009 Term: 30 Years.** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Georgia Transmission Corporation 2100 East Exchange Place Tucker, GA 30084** |

Debtor 1   **Multitrade Rabun Gap, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated November 13, 2007** | |
|---|---|---|---|
| | State the term remaining | **100 Years** | |
| | List the contract number of any government contract | | **Haberworks LLC**<br>**9855 Warren H. Abernathy Highway**<br>**Spartanburg, SC 29301** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Declaration Of Operating Agreements, Covenants and Easements (the "Declaration") dated November 13, 2007** | |
|---|---|---|---|
| | State the term remaining | **100 Years** | |
| | List the contract number of any government contract | | **Haberworks, L.L.C.**<br>**9855 Warren H. Abernathy Highway**<br>**Spartanburg, SC 29301** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment and Assumption of Lease Agreements** | |
|---|---|---|---|
| | State the term remaining | **100 Years** | |
| | List the contract number of any government contract | | **Haberworks, LLC**<br>**9855 Warren H. Abernathy Highway**<br>**Spartanburg, SC 29301** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Services Agreement, dated April 1, 2019** | |
|---|---|---|---|
| | State the term remaining | **Term: 3 Years - automatically extended on April 1 of each year unless 60 days written notice** | |
| | List the contract number of any government contract | | **PurEnergy Management Services, LLC**<br>**115 Solar Street, Suite 100**<br>**Syracuse, NY 13204** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Water Supply and Wastewater Treatment Services Agreement dated Jan. 30, 2008** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rabun County**<br>**25 Courthouse Square**<br>**Clayton, GA 30525** |

Debtor 1  **Multitrade Rabun Gap, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.10.  State what the contract or lease is for and the nature of the debtor's interest — **Consulting Services Agreement dated April 1, 2020**

State the term remaining — **Evergreen after 1 year**

**Southland Resource Solutions & Biofuels Management, LLC**
**5541 Mulberry Preserve Dr**
**Flowery Branch, GA 30542**

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name    **Multitrade Rabun Gap, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City    State    Zip Code | | |
| 2.2 _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City    State    Zip Code | | |
| 2.3 _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City    State    Zip Code | | |
| 2.4 _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | _____ City    State    Zip Code | | |

**Fill in this information to identify the case:**

Debtor name  **Multitrade Rabun Gap, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other   **Sale of Power** | **$1,541,000.00** |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Sale of Power** | **$14,713,000.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **ABERNATHY TIMBER HARVESTING, I** | 2/8/2024 | $18,644.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Multitrade Rabun Gap, LLC**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **ACMI** | 2/14/2024 | $20,575.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **ACREE OIL COMPANY** | 2/8/2024 | $1,516.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **ACREE OIL COMPANY** | 2/14/2024 | $1,790.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **ACREE OIL COMPANY** | 2/22/2024 | $545.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **AIRGAS USA, LLC** | 2/14/2024 | $1,248.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **AIRGAS USA, LLC** | 2/22/2024 | $1,501.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **AKA TREE SERVICE, INC** | 2/8/2024 | $448.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **AMY'S GREEN CLEANING SERVICE** | 2/8/2024 | $1,020.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Multitrade Rabun Gap, LLC**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10. **Ankura Intermediate Holdings,** | 2/21/2024 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainer** |
| 3.11. **Ankura Intermediate Holdings,** | 3/7/2024 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainer** |
| 3.12. **Ankura Intermediate Holdings,** | 4/3/2024 | $26,471.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainer** |
| 3.13. **APS** | 2/8/2024 | $1,020.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **APS** | 2/14/2024 | $689.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **APS** | 2/22/2024 | $1,813.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **ARAMARK** | 2/8/2024 | $267.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. **ARAMARK** | 2/14/2024 | $267.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Multitrade Rabun Gap, LLC**                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.18. **ARAMARK** | 2/22/2024 | $260.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **ASCENDUM MACHINERY, INC** | 2/8/2024 | $162.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **ASCENDUM MACHINERY, INC** | 2/14/2024 | $6,950.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **BTG CONTROL SERVICES INC.** | 2/8/2024 | $5,520.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **BURT LUMBER COMPANY** | 2/8/2024 | $8,400.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **CAMPBELL INC CRANE RENTAL** | 2/8/2024 | $919.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. **CANAL WOOD INC** | 2/8/2024 | $3,951.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. **CANTRELL FOREST PRODUCTS** | 2/8/2024 | $57,553.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Multitrade Rabun Gap, LLC**                               Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.26. **CARL BRYSON & SON, INC** | **2/8/2024** | **$3,401.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **CHEM AQUA INC.** | **2/22/2024** | **$6,888.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **CWC EQUIPMENT REPAIR INC.** | **2/8/2024** | **$286.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **DOWNEY GREEN WASTE RECYCLING,** | **2/8/2024** | **$4,451.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **FARMERS FORESTRY PRODUCTS INC.** | **2/8/2024** | **$3,150.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **FARMERS FORESTRY PRODUCTS INC.** | **2/14/2024** | **$3,675.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **FARMERS FORESTRY PRODUCTS INC.** | **2/22/2024** | **$1,050.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. **FARMERS FORESTRY PRODUCTS INC.** | **3/27/2024** | **$1,650.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Multitrade Rabun Gap, LLC**                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.34. **FARMERS FORESTRY PRODUCTS INC.** | 4/3/2024 | $2,100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. **FASTENAL COMPANY** | 2/14/2024 | $1,157.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. **FASTENAL COMPANY** | 2/22/2024 | $364.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. **FIRST Insurance Funding** | 3/7/2024 | $14,370.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. **GEORGIA DEPARTMENT OF NATURAL** | 4/3/2024 | $3,655.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. **GEORGIA POWER** | 2/8/2024 | $127,545.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. **GEORGIA WINDSTREAM, LLC** | 2/22/2024 | $536.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.41. **Greenberg Traurig, LLP** | 2/23/2024 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Retainer** |

Debtor    **Multitrade Rabun Gap, LLC**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.42. **Greenberg Traurig, LLP** | 4/4/2024 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainer** |
| 3.43. **HABERSHAM ELECTRIC MEMBERSHIP** | 2/22/2024 | $123.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.44. **IHI Power Services Corp** | 3/18/2024 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.45. **IHI Power Services Corp** | 4/1/2024 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.46. **IHI Power Services Corp** | 4/15/2024 | $6,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.47. **Ironwood Insurance** | 2/22/2024 | $1,091.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.48. **JAY INDUSTRIAL REPAIR** | 2/22/2024 | $7,748.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.49. **KEESEE BROTHERS LOGGING** | 2/8/2024 | $3,815.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor    **Multitrade Rabun Gap, LLC**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.50. **LAWS LOGGING COMPANY INC** | **2/8/2024** | **$10,541.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.51. **LAWS LUMBER CO** | **2/8/2024** | **$1,813.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52. **MORGAN MILLS LLC** | **2/8/2024** | **$2,402.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53. **MOTION INDUSTRIES, INC.** | **2/22/2024** | **$1,023.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.54. **MWL, INC. #2** | **2/8/2024** | **$3,890.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.55. **NAPA AUTO PARTS** | **2/8/2024** | **$1,206.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.56. **OPPORTUNE** | **2/22/2024** | **$190.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.57. **PEAC SOLUTIONS** | **2/8/2024** | **$107.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Multitrade Rabun Gap, LLC**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.58. **Premier South Timber** | **2/8/2024** | **$36,743.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.59. **PROARCH TECHNOLOGIES, INC** | **2/14/2024** | **$98.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.60. **PURENERGY MANAGEMENT SERVICES,** | **2/8/2024** | **$7,024.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.61. **PURENERGY MANAGEMENT SERVICES,** | **3/20/2024** | **$6,710.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.62. **PURENERGY MANAGEMENT SERVICES,** | **3/27/2024** | **$6,620.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.63. **RABUN COUNTY WATER & SEWER AUT** | **2/8/2024** | **$36,830.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.64. **ROBINSON STAVE INC** | **2/8/2024** | **$16,085.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.65. **SC DUNN & SONS 2 CHIPS** | **2/8/2024** | **$2,115.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Multitrade Rabun Gap, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.66. **SISSON DUPONT & CARDER, INC** | 2/8/2024 | $618.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.67. **SOUTHLAND RESOURCE SOLUTIONS &** | 2/14/2024 | $7,825.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.68. **SUNBELT RENTALS, INC.** | 2/8/2024 | $643.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.69. **TOCCOA MACHINE PRODUCTS, INC.** | 2/8/2024 | $800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.70. **TOCCOA NATURAL GAS** | 2/22/2024 | $1,007.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.71. **TRI-COUNTY MACHINES, INC** | 2/14/2024 | $26.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.72. **UPS** | 2/8/2024 | $4.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.73. **UPS** | 2/14/2024 | $1.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Multitrade Rabun Gap, LLC**                                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.74. **VERIZON WIRELESS** | **2/14/2024** | **$201.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.75. **VOLVO FINANCIAL SERVICES** | **3/14/2024** | **$4,140.74** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.76. **Greenberg Traurig, LLP** | **04/18/2024** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainer** |
| 3.77. **Ankura Intermediate Holdings** | **04/29/2024** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainer** |
| 3.78. **Louie Lee** | **04/25/2024** | **$948.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.79. **Aon Risk Services Southwest** | **04/30/2024** | **$6,136.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount
   may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380**<br>**Affiliate of an Insider** | **5/3/2023** | **$659.80** | **Reimbursement of Expenses**<br>**Advanced for Debtor** |

Debtor    **Multitrade Rabun Gap, LLC**                                    Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380**<br>**Affiliate of an Insder** | **6/22/2023** | **$147.35** | **Reimbursement of Expenses Advanced for Debtor** |
| 4.3.  **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380**<br>**Affiliate of an Insider** | **7/19/2023** | **$32.61** | **Reimbursement of Expenses Advanced for Debtor** |
| 4.4.  **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380**<br>**Affiliate of an Insider** | **8/23/2023** | **$6,330.73** | **Reimbursement of Expenses Advanced for Debtor** |
| 4.5.  **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380**<br>**Affiliate of an Insider** | **12/6/2023** | **$323.19** | **Reimbursement of Expenses Advanced for Debtor** |
| 4.6.  **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380**<br>**Affiliate of an Insider** | **12/20/2023** | **$143.27** | **Reimbursement of Expenses Advanced for Debtor** |
| 4.7.  **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380**<br>**Affiliate of an Insider** | **1/17/2024** | **$30,237.79** | **Reimbursement of Expenses Advanced for Debtor** |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Multitrade Rabun Gap, LLC** | Case number *(if known)* | |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Ascendum Machinery, Inc. Vs. MULTITRADE RABUN GAP, LLC**<br>**24-C-03579-S-5** | **Breach of Contract Action, filed 04/17/2024** | **STATE COURT OF GWINNETT COUNTY**<br>**75 Langley Drive**<br>**Lawrenceville, GA 30046** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ankura Intermediate Holdings** | | **02/21/2024** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

| Debtor | **Multitrade Rabun Gap, LLC** | Case number *(if known)* | |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Ankura Intermediate Holdings** | | **03/07/2024** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Ankura Intermediate Holdings** | | **04/03/3024** | **$26,471.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Ankura Intermediate Holdings** | | **04/29/2024** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Greenberg Traurig, LLP** | **Attorney Fees** | **02/23/2024** | **$100,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.6. | **Greenberg Traurig, LLP** | | **04/04/2024** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Multitrade Rabun Gap, LLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.7. | **Greenberg Traurig, LLP** | | **04/18/2024** | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Ascendum Machinery, Inc. 16810 Kenton Drive, Suite 300 Huntersville, NC 28078** | **Wheeler Loader VCE L7OH s/n 625129 and Loader Bucket s/n B5599** | **03/18/2024** | **Unknown** |
| | Relationship to debtor | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor    **Multitrade Rabun Gap, LLC**                                    Case number *(if known)* _____

---

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | **Multitrade Rabun Gap, LLC** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

- ■ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|---------------------------------------------------------------------------------------------------------------|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26a.1. | **PURENERGY MANAGEMENT SERVICES, LLC**<br>**115 Solar Street**<br>**Suite 100**<br>**Syracuse, NY 13204** | 01/01/2022-04/08/24 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26b.1. | **Costello Hill & Company LLP**<br>**1112 Magnolia Street**<br>**Greensboro, NC 27401** | 01/01/2022-04/08/2024 |

Debtor   **Multitrade Rabun Gap, LLC**                                    Case number *(if known)* _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **PURENERGY MANAGEMENT SERVICES, LLC**<br>**115 Solar Street**<br>**Suite 100**<br>**Syracuse, NY 13204** | **01/01/2022-04/08/2024** |
| 26c.2.  **Costello Hill & Company LLP**<br>**112 Magnolia Street**<br>**Greensboro, NC 27401** | |
| 26c.3.  **BDO**<br>**2929 Allen Parkway**<br>**20th Floor**<br>**Houston, TX 77019-7100** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **United States of America acting by and through the Administrator of the RUS**<br>**1400 Independence Avenue SW**<br>**Washington, DC 20004** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rabun Power, LLC | 24 Waterway Ave., Suite 400 Spring, TX 77380 | 100% Membership Interest | 100% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Scott Harlan | 24 Waterway Ave., Suite 400 Spring, TX 77380 | President | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| James Maiz | 24 Waterway Ave., Suite 400 Spring, TX 77380 | Vice President | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

| Debtor | **Multitrade Rabun Gap, LLC** | | Case number *(if known)* | |

- ☑ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380** | 659.80 | 05/02/2023 | **Reimbursement of Expenses Advanced for Debtor** |
| | **Relationship to debtor**<br>**Affiliate of an Insider** | | | |
| 30.2. | **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380** | 147.35 | 06/22/2023 | **Reimbursement of Expenses Advanced for Debtor** |
| | **Relationship to debtor**<br>**Affiliate of an Insider** | | | |
| 30.3. | **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380** | 32.61 | 07/19/2023 | **Reimbursement of Expenses Advanced for Debtor** |
| | **Relationship to debtor**<br>**Affiliate of an Insider** | | | |
| 30.4. | **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380** | 6,220.73 | 08/23/2023 | **Reimbursement of Expenses Advanced for Debtor** |
| | **Relationship to debtor**<br>**Affiliate of an Insider** | | | |
| 30.5. | **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380** | 323.19 | 12/06/2023 | **Reimbursement of Expenses Advanced for Debtor** |
| | **Relationship to debtor**<br>**Affiliate of an Insider** | | | |
| 30.6. | **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380** | 143.27 | 12/20/2023 | **Reimbursement of Expenses Advanced for Debtor** |
| | **Relationship to debtor**<br>**Affiliate of an Insider** | | | |

Debtor    **Multitrade Rabun Gap, LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7. | **Rockland Capital, LP**<br>**24 Waterway Ave., Suite 400**<br>**Spring, TX 77380** | **30,237.79** | **01/17/2024** | **Reimbursement of Expenses Advanced for Debtor** |
| | Relationship to debtor<br>**Affiliate of a Debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Rabun Power LLC** | **EIN:    47-4823214** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  1, 2024**

**/s/ Scott Harlan**                              **Scott Harlan**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Authorized Signatory**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia

In re   **Multitrade Rabun Gap, LLC**                                    Case No. _____
                                                    Debtor(s)         Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................................   $         **55,000.00**

    Prior to the filing of this statement I have received ........................................   $             **0.00**

    Balance Due ..............................................................................................   $         **55,000.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Transition of assets to control of Chapter 7 trustee.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May  1, 2024**                                        **/s/ John D. Elrod**
*Date*                                                  **John D. Elrod**
                                                        *Signature of Attorney*
                                                        **Greenberg Traurig, LLP**
                                                        **3333 Piedmont Road**
                                                        **Suite 2500**
                                                        **Atlanta, GA 30305**
                                                        **678-553-2259  Fax: 678-553-2269**
                                                        **ElrodJ@gtlaw.com**
                                                        *Name of law firm*

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Multitrade Rabun Gap, LLC**                                      Case No. _____

                                              Debtor(s)          Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signatory of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date:   **May  1, 2024**                         **/s/ Scott Harlan**
                                        **Scott Harlan/Authorized Signatory**
                                        Signer/Title

ACREE OIL COMPANY
272 W. Currahee St.
PO BOX 699
TOCCOA, GA 30577


AIRGAS USA, LLC
PO BOX 734672
DALLAS, TX 75373-4672


ALAN JAMES GEORGIA, LLC
1230 PEACHTREE ST. NE STE 3400
ATLANTA, GA 30309


AMY'S GREEN CLEANING SERVICE, INC.
PO BOX 331
SAUTEE NACOOCHEE, GA 30571


Ankura Intermediate Holdings


APPLIED INDUSTRIAL TECHNOLOGIES
22510 NETWORK PLACE
CHICAGO, IL 60673-1225


APS
PO BOX 31001-2434
PASADENA, CA 91110-2434


ARAMARK
PO BOX 731676
DALLAS, TX 75373-1676


ASCENDUM MACHINERY, INC
PO BOX 534366
ATLANTA, GA 30353

BTG CONTROL SERVICES INC.
P.O. BOX 600234
JACKSONVILLE, FL 32260-0234


Chem Aqua Inc.
23261 Network Place
Chicago, IL 60673-1232


CITY PLUMBING & ELECTRIC SUPPLY CO.
730 E.E. BUTLER PARKWAY
GAINESVILLE, GA 30501


Coweta-Fayette Electric Membership Corp
807 Collinsworth Road
Palmetto, GA 30268-9442


Dan Tobias & Associates, Inc.
928 Hornblend Street, #1
San Diego, CA 92109


Development Authority of Rabun County
30 Ivan Allen Jr. Boulevard, Suite 900
Atlanta, GA 30308


DYC Consultants LLC
7104 Barefoot Cove
Austin, TX 78730


DYC CONSULTANTS, LLC
10216 MILKY WAY DRIVE
AUSTIN, TX 78730


Environmental Technical Servic
494 Toonigh Road
Woodstock, GA 30188

FARMERS FORESTRY PRODUCTS INC.
6517 OXFORD RD
CLERMONT, GA 30527


FASTENAL COMPANY
P. O. BOX 1286
WINONA, MN 55987


First Environmental Nationwide
1266 SIXTH STREET
MACON, GA 31206


GEORGIA DEPARTMENT OF NATURAL RESOURCES
AIR QUALITY FEES
P. O. BOX 101713
46990
ATLANTA, GA 30392


GEORGIA POWER
96 ANNEX
ATLANTA, GA 30396-0001


GEORGIA TRANSMISSION CORP.
2100 EAST EXCHANGE PLACE
P O. BOX 2088
TUCKER, GA 30085-2088


Georgia Transmission Corporation
2100 East Exchange Place
Tucker, GA 30084


Georgia Windstream, LLC
P. O. Box 9001908
Louisville, KY 40290-1908


Habersham Electric Membership
P. O. Box 530812
SEDC
Atlanta, GA 30352-0812

HABERSHAM ELECTRIC MEMBERSHIP CORP
3048
PO BOX 11407
BIRMINGHAM, AL 35246-3048


Haberworks LLC
9855 Warren H. Abernathy Highway
Spartanburg, SC 29301


Haberworks, L.L.C.
9855 Warren H. Abernathy Highway
Spartanburg, SC 29301


Haberworks, LLC
9855 Warren H. Abernathy Highway
Spartanburg, SC 29301


IHI Power Services Corp
85 Enterprise, Suite 400
Aliso Viejo, CA 92656


Ironwood Insurance
PO Box 745647
Atlanta, GA 30374


JAY INDUSTRIAL REPAIR
2230 2ND AVENUE SOUTH
BIRMINGHAM, AL 35233


Kevin Gragg
532 Willis Drive
Tiger, GA 30576


MICROBAC

```
MOTION INDUSTRIES, INC.
P. O. BOX 404130
ATLANTA, GA 30384-4130
```

```
NAES CORPORATION
PO BOX 94274
SEATTLE, WA 98124-6574
```

```
NAPA OF CLAYTON
70 RICKMAN ST
CLAYTON, GA 30525
```

```
OH SO GOOD WATER INC
PO BOX 334
CLERMONT, GA 30527
```

Opportune LLP
711 Louisiana, Suite 3100
Houston, TX 77002

```
PEAC SOLUTIONS
PO BOX 13604
PHILADELPHIA, PA 19101-3604
```

```
PROARCH TECHNOLOGIES, INC
PO BOX 8000 DEPARTMENT 502
BUFFALO, NY 14267-0002
```

```
PURENERGY MANAGEMENT SERVICES, LLC
115 SOLAR STREET
SUITE 100
2024-03
SYRACUSE, NY 13204
```

Rabun County
25 Courthouse Square
Clayton, GA 30525

Rabun County Water & Sewer
P.O. Box 191
CLAYTON, GA 30525


REEVES HARDWARE - DILLARD
PO BOX 345
CLAYTON, GA 30525


Rockland Capital, LP
24 Waterway Ave., Suite 400
Spring, TX 77380


Sisson Dupont & Carder, Inc.
P. O. Box 965
Blue Ridge, GA 30513


Southland Resource Solutions & Biofuels
  Management, LLC
5541 Mulberry Preserve Dr
Flowery Branch, GA 30542


SUNBELT RENTALS, INC.
P.O. BOX 409211
ATLANTA, GA 30384-9211


Toccoa Natural Gas
P. O. Box 1010
Toccoa, GA 30577-1417


Tri-County Machines, Inc.
P. O. Box 611
Eastanollee, GA 30538


United States of America acting by and
through the Administrator of the RUS
1400 Independence Avenue SW
Washington, DC 20004

```
UPS
P.O. BOX 809488
CHICAGO, IL 60680-9488


USA acting by and through
Administrator of the RUS
1400 Independence Avenue, SW
Washington, DC 20250-1500


Verizon Wireless
P. O. Box 660108
Dallas, TX 75266-0108


Volvo Financial Services
7025 Albert Pick Road
Suire 102
Greensboro, NC 27409


WASTE AWAY DISPOSAL, INC.
527 WAYSIDE ST SOUTH
CORNELIA, GA 30531


WASTE MANAGEMENT OF ATLANTA HA
PO BOX 4648
CAROL STREAM, IL 60197-4648


WASTE MANAGEMENT OF ATLANTA HAULING
PO BOX 4648
CAROL STREAM, IL 60197-4648
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Multitrade Rabun Gap, LLC** _____

Debtor(s)

Case No. _____

Chapter  **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Multitrade Rabun Gap, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

  **Raybun Power LLC**

_____

☐ None [*Check if applicable*]

**May  1, 2024** _____

Date

/s/ John D. Elrod _____

**John D. Elrod**

Signature of Attorney or Litigant

Counsel for   **Multitrade Rabun Gap, LLC** _____

**Greenberg Traurig, LLP**
**3333 Piedmont Road**
**Suite 2500**
**Atlanta, GA 30305**
**678-553-2259 Fax:678-553-2269**
**ElrodJ@gtlaw.com**